IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LINDA BRENDA VAZQUEZ,**

    **Plaintiff,**

v.                                                       Case No. 1:18cv97-MW/MJF

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Defendant has certified Plaintiff has no objection to its Unopposed Motion for Entry of Judgment With Remand. ECF No. 24. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating:

1.    The Commissioner's Unopposed Motion for Entry of Judgment with Remand of the Cause to the Commissioner, ECF No. 24, is **GRANTED**, and the Commissioner's decision denying benefits is **REVERSED**.

2.    This case is **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g).

3.    The Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation.

1

4. The Clerk is directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to administratively close the file.

**SO ORDERED on January 22, 2019.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**