IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA BRENDA VAZQUEZ

    Plaintiff,

v.                                              Case No. 1:18cv97-MW/MJF

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition for Attorney's Fees under the Equal Access to Justice Act, ECF No. 28, is GRANTED as follows: 1. Plaintiff shall recover fees in the amount of $7,400.00 for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. § 2412 (EAJA). The fee award is subject to an offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States. 2. If Plaintiff receives all or any portion of the EAJA fee award, it must be mailed to her in care of her attorney, Sarah H. Bohr, 2337 Seminole Road, Atlantic Beach, FL

1

32233." The Clerk shall close the file.

**SO ORDERED on June 3, 2019.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
